UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-91-TAV-JEM |
| JEFFREY RAY WILSON, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on the Defendant Jeffrey Ray Wilson's Unopposed Motion to Continue Plea Deadline and Trial Date [Doc. 37], filed on September 29, 2025.

Defendant requests the Court to continue the trial date, set for October 28, 2025, and the plea deadline, set for September 29, 2025, by approximately forty-five-days [*Id.*]. In support of the motion, Defendant states Defendant's counsel and the Government are in good communication about this case and are working toward a resolution in this matter [*Id.* ¶ 1]. Defendant states that granting a continuance would give the parties an opportunity to make a full resolution of the case against Defendant [*Id.* ¶ 2]. Defendant's motion reflects that counsel for the Government does not oppose the requested continuance [*Id.* ¶ 4]. Defendant understands that the period of time between filing his motion and the trial date will be excludable for speedy trial purposes [*Id.* ¶ 3].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C.

§ 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant's counsel needs for more time to negotiate a plea agreement, and if that fails, otherwise prepare for trial. The Court finds that all of this cannot occur before the October 28, 2025 trial date.

The Court therefore **GRANTS** Jeffrey Ray Wilson's Unopposed Motion to Continue Plea Deadline and Trial Date [**Doc. 37**]. The trial of this case is reset to **December 16, 2025.** A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on September 29, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Jeffrey Ray Wilson's Unopposed Motion to Continue Plea Deadline and Trial Date [**Doc. 37**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **December 16, 2025, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **September 29, 2025**, and the new trial date of **December 16, 2025,** is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **November 24, 2025**;

(5) the deadline for filing motions *in limine* is **December 1, 2025**, and responses to motions *in limine* are due on or before **December 9, 2025**;

2

(6) the parties are to appear before the undersigned for a final pretrial conference on **November 25, 2025, at 11:00 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **December 5, 2025.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge

3

Case 3:24-cr-00091-TAV-JEM    Document 38    Filed 10/09/25    Page 3 of 3    PageID #: 106